UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES E. MWAIPUNGU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:14-cv-1996-JAR ) ) |
| LORETTA E. LYNCH, U.S. Attorney General, | ) ) ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter came to this Court from the U.S. Court of Appeals for the Eighth Circuit pursuant to a 8 U.S.C. § 1252(b)(5) transfer with a request that this Court make a determination on Plaintiff's claim that he is a United States citizen by virtue of his birth in the United States. *See* Order of Transfer, *Mwaipungu v. Holder* (8th Cir. Case No. 14-2214). After full discovery in this matter, Defendant submits that there is not a genuine issue of material fact as to Plaintiff's birth – Plaintiff's birth occurred in the United Republic of Tanzania (hereinafter "Tanzania") – and summary judgment in favor of Defendant is appropriate. Accordingly, Defendant herein moves for summary judgment pursuant to Fed. R. Civ. P. 56, and requests that this Court find that Plaintiff's place of birth was Tanzania, and not the United States.

//

//

//

A supporting Memorandum of Law and Statement of Uncontroverted Material Facts accompany this motion.

Dated: May 12, 2015                              Respectfully submitted,

                                                 BENJAMIN C. MIZER
                                                 Principal Deputy Assistant Attorney General
                                                 Civil Division

                                                 MICHELLE G. LATOUR
                                                 Deputy Director
                                                 Office of Immigration Litigation


                                                 /s *Victor M. Lawrence*
                                                 VICTOR M. LAWRENCE
                                                 Senior Litigation Counsel
                                                 Office of Immigration Litigation
                                                 Civil Division
                                                 U.S. Department of Justice
                                                 P.O. Box 878, Ben Franklin Station
                                                 Washington, DC 20044
                                                 Telephone: (202) 305-8878
                                                 Facsimile: (202) 305-7000
                                                 Email: victor.lawrence@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 12th day of May 2015, I served the foregoing on Plaintiff's lead counsel of record via electronic mail to the following address:

    TIMOTHY E. WICHMER
    Wichmer & Groneck, LLC
    230 South Bemiston Avenue
    Suite 640
    St. Louis, MO 63105
    Phone: (314) 863-1212
    tim@immigrantlawcenter.com

            /s *Victor M. Lawrence*
            VICTOR M. LAWRENCE